# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1202
LT Case No. 16-1996-CF-1444-A

_____

LARRY MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Larry Morris, Indian Town, pro se.

No Appearance for Appellee.

July 22, 2025

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____